UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2060**
(WEVA 2011-858;
WEVA 2011-2051; WEVA 2011-409)

_____

RAW COAL MINING COMPANY, INC.,

          Petitioner,

     v.

SECRETARY OF LABOR; FEDERAL MINE SAFETY & HEALTH REVIEW COMMISSION; FEDERAL MINE SAFETY & HEALTH ADMINISTRATION,

          Respondents.

_____

O R D E R

_____

     The Court amends its opinion filed February 4, 2014, as follows:

     On the cover sheet, agency information section, "Order of the National Labor Relations Board" is corrected to read "Order of the Federal Mine Safety and Health Review Commission."


                              For the Court – By Direction

                              /s/ Patricia S. Connor
                                        Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2060**

_____

RAW COAL MINING COMPANY, INC.,

              Petitioner,

        v.

SECRETARY OF LABOR; FEDERAL MINE SAFETY & HEALTH REVIEW
COMMISSION; FEDERAL MINE SAFETY & HEALTH ADMINISTRATION,

              Respondents.

_____

On Petition for Review of an Order of the Federal Mine Safety
and Health Review Commission.  (WEVA 2011-858; WEVA 2011-2051;
WEVA 2011-409)

_____

Submitted:  January 23, 2014          Decided:  February 4, 2014

_____

Before KING, DUNCAN, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Melissa M. Robinson, Adam J. Schwendeman, JACKSON KELLY, PLLC,
Charleston, West Virginia, for Petitioner.  M. Patricia Smith,
Solicitor of Labor, Heidi W. Strassler, Associate Solicitor, W.
Christian Schumann, Appellate Litigation, David L. Edeli, UNITED
STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raw Coal Mining Company seeks review of the Federal Mine Safety and Health Review Commission's ("Commission") order denying its motion, under Federal Rule of Civil Procedure 60(b)(1), to reopen the civil penalty assessment proceedings. Our review of the record reveals that Raw Coal failed to urge before the Commission the objection it now makes to this court, and it has not presented extraordinary circumstances excusing that failure. See 30 U.S.C. §§ 816(a)(1), 823(d)(2)(A)(iii) (2012) Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2